ORION STEAM NAV. CO. (ENGLISH v.).
See Cases Nos. 4,490 and 4,490a.

---

## Case No. 10,576.

### The ORIZABA.

[1 Deady, 196.] [1]

District Court, D. Oregon. Nov., 1866.

In admiralty.

Joseph N. Dolph, for libellant.
William M. Strong, for claimant.

DEADY, District Judge. The circumstances of this case are similar to those of The Pacific [Case No. 10,645]. Practically, they were argued and submitted together, and the same order is made in this as in that.